UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KAREN AHN, KWESI CAMERON, CORNELIA CODY, CHRIS DISTASIO, PAT GARBARINI, MANUEL ALFREDO GARZON, MELISSA GRIGG, MARIA S. HERNANDEZ, CARI JACKSON, JAN C. KRAUS, NERIDA LANGSTON, GAIL MACK, MARTA MONTSENY, MAURICIO NIEBLA, JAN ORZECK, SUE MYUNG PARK, DELZA PEREIRA, WENDY PIERSON, CAROL PORTEOUS-FALL, MICHELE PRIDMORE, MARISA RINDONE, TOM SAETTEL, BERNARDO SARAVIA, BRUNO TARAZONA, ANA TEJADA, MARCO VILLAR, EDITH WEINBERG and SARALYN WILSON,

**STIPULATION OF VOLUNTARY DISMISSAL**

Case No. 10 CV 8726

Plaintiffs,

-against-

INKWELL PUBLISHING SOLUTIONS, INC., ISRAEL LUZUNARIS, PATRICIA COOKE

Defendants.
-------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action is dismissed with prejudice and without costs or attorneys' fees solely with respect to Defendant Patricia Cooke.

LEVY RATNER, P.C.

By: _____
Richard A. Levy (RL5154)
Attorneys for Plaintiffs
80 Eighth Avenue
New York, New York 10011
(212) 627-8100
(212) 627-8182 (fax)

DLA Piper LLP (US)

By: _____
Joshua S. Sohn
Jermaine L. McPherson
Attorneys for Defendant Patricia Cooke
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500
(212) 884-8492 (fax)

51-002-00001: 10075403
EAST\50618377.1